UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 23-cr-20113
Hon. Stephen J. Murphy, III

v.

MAURICE ANTWION PILGRIM,

      Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S EMERGENCY
MOTION TO ISSUE ARREST WARRANT AND REVOKE BOND**

On February 29, 2024, the Government filed an Emergency Motion to Issue Arrest Warrant and Revoke Bond. The Court has carefully reviewed the motion. For the reasons set forth in the motion, the Court is persuaded that an emergency situation exists and that Defendant should be taken into custody immediately and prior to an adversarial hearing. Accordingly, **IT IS HEREBY ORDERED** that:

1.     The Government's motion is **GRANTED**.

2.     An arrest warrant for the immediate arrest of Defendant shall issue contemporaneously with this order.

3. Defendant's bond is REVOKED pending further proceedings in this Court. Upon arrest, Defendant shall be brought before the Court for a determination as to whether he should be released until the date on which he is required to report to begin serving his recently-imposed sentence.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE
                                            Acting as Presiding Judge in the Absence
                                            of District Judge Stephen J. Murphy, III

Dated: February 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 29, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126